UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80120-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TROY SIMON,

        Defendant.

_____/

FILED by _____ D.C.

DEC 2 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a superseding petition for violations of supervised release.  The Defendant, TROY SIMON, appeared before the Court on December 20, 2012, represented by Jason Kreiss.  The Government was represented by AUSA Carolyn Bell.  The Defendant is charged with 2 violations of law for the offenses of conspiracy to possess with intent to distribute marijuana and illegal re-entry into the U.S.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing.  The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation

with the Honorable Senior United States District Court Judge Daniel T. K. Hurley, within

fourteen days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. §

636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual

findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert.*

*denied*, 460 U.S. 1087 (1983).

      **DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of

Florida, this 20 day of December, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE


Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court