# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-80120-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**TROY SIMON,**
    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 45], dated December 21, 2012. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, January 8, 2013, at 1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of January, 2013.

**copy furnished:**
AUSA Carolyn Bell
Jason W. Kreiss, Esq.
United States Marshal's Service
United States Probation Office

                Daniel T. K. Hurley
                United States District Judge